1    WILMER CUTLER PICKERING
          HALE AND DORR
2    Matthew Martens (NJ:047541998,
     NY: 5275631, DC, NC)
3    Timothy Perla (MA: 660447)
     Harriet Hoder (MA: 679416)
4    60 State Street
     Boston, MA 02109 USA
5    Tel: (617) 526-6000
     (*Pro Hac Vice* Applications Pending)
6
     MORGAN, LEWIS & BOCKIUS LLP
7    Brian M. Jazaeri, Bar No. 221144
     Lisa Veasman, Bar No. 259050
8    300 South Grand Avenue
     Twenty-Second Floor
9    Los Angeles, CA  90071-3132
     Tel:   +1.213.612.2500
10
     Attorneys for Defendants Merrill Lynch
11   Pierce, Fenner & Smith, Inc. and Merrill
     Lynch Professional Clearing Corp.
12
     HIGGS FLETCHER & MACK LLP
13   John J. Rice, Bar No. 140865
     401 West A Street, Suite 2600
14   San Diego, CA 92101
     Tel:   +1.619.236.1551
15
     Attorneys for Defendant,
16   William Tirrell

17   [Additional Defense Counsel Identified in
     Signature Blocks]

18              UNITED STATES DISTRICT COURT

19              SOUTHERN DISTRICT OF CALIFORNIA

20

21   JAMES JIAO, Individually and On           Case No. 3:17-cv-00409-L-MDD
     Behalf of All Others Similarly Situated,
22                                              **DEFENDANTS' NOTICE OF
                    Plaintiff,                  JOINT MOTION AND MOTION
23                                              TO DISMISS [FRCP RULE 9(B),
            vs.                                 12(B)(1), 12(B)(2), 12(B)(3)12(B)(6)]**
24
     MERRILL LYNCH PIERCE, FENNER        NO ORAL ARGUMENT UNLESS
25   & SMITH, INC.; MERRILL LYNCH        REQUESTED BY THE COURT
     PROFESSIONAL CLEARING CORP.;        [Order submitted herewith]
26   WILLIAM TIRRELL, an Individual;
     and DOES, 1 through 100,            Date:      June 12, 2017
27                                       Judge:     Hon. M. James Lorenz
                    Defendants.          Ctrm:      5B (5th Floor-Schwartz)
28

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE, that on June 12, 2017, or as soon thereafter as the matter may be heard, in the courtroom of the Honorable M. James Lorenz (Courtroom 5B, Suite 5145, 221 West Broadway, San Diego, CA 92101), Defendants Merrill Lynch Pierce, Fenner & Smith, Inc., Merrill Lynch Professional Clearing Corp., and William Tirrell ("Defendants") will and hereby do move the Court to dismiss Plaintiff James Jiao's ("Plaintiff") complaint pursuant to Fed. R. Civ. P. Rules 9(b), 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6).

This motion is based upon this Notice of Joint Motion and Motion, the accompanying Memorandum in support thereof, and such other authorities and arguments as may be submitted in any reply or at any hearing.

Dated:        April 28, 2017          Respectfully submitted,

By   /s/ Brian M. Jazaeri
     Brian M. Jazaeri

MORGAN, LEWIS & BOCKIUS LLP
Brian M. Jazaeri, Bar No. 221144
brian.jazaeri@morganlewis.com
Lisa Veasman, Bar No. 259050
lisa.veasman@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:      +1.213.612.2500
Fax:      +1.213.612.2501

WILMER CUTLER PICKERING HALE
AND DORR
Matthew Martens, NJ:047541998,
NY:5275631, DC, NC
matthew.martens@wilmerhale.com
Timothy Perla, MA: 660447
timothy.perla@wilmerhale.com
Harriet Hoder, MA: 679416
harriet.hoder@wilmerhale.com
60 State Street
Boston, MA 02109 USA
Tel:   +1.617.526.6000
Fax:   +1.617.526.5000

1      (*Pro Hac Vice* Applications Pending)

2      Gregory Boden, Bar No. 301779
       gregory.boden@wilmerhale.com
3      350 S. Grand Avenue
       Suite 2100
4      Los Angeles, CA 90071
       Tel:   +1.213.443.5300
5      Fax:   +1.213.443.5400

6      Attorneys for Defendants
       MERRILL LYNCH PIERCE, FENNER &
7      SMITH, INC. and MERRILL LYNCH
       PROFESSIONAL CLEARING CORP.

8

9

10     Dated:      April 28, 2017      By  /s/  John J. Rice
                                           John J. Rice
11
                                       HIGGS FLETCHER & MACK LLP
12                                     John J. Rice, Bar No. 140865
                                       ricej@higgslaw.com
13                                     401 West A Street
                                       Suite 2600
14                                     San Diego, CA 92101
                                       Tel:   +1.619.236.1551
15                                     Fax:   +1.619.696.1410

16
                                       FRIED, FRANK, HARRIS, SHRIVER &
17                                     JACOBSON LLP
                                       Peter Simmons (NY: 2166502, Admitted
18                                     *Pro Hac Vice*)
                                       peter.simmons@friedfrank.com
19                                     Andrew Buckley Cashmore (NY: 5243084,
                                       Admitted *Pro Hac Vice*)
20                                     andrew.cashmore@friedfrank.com
                                       One New York Plaza
21                                     New York, New York 10004
                                       Tel:   +1.212.859.8455
22                                     Fax:   +1.212.859.4000

23                                     Attorneys for Defendant
                                       WILLIAM TIRRELL
24

25

26

27

28

                                                    DEFENDANTS' NOTICE OF JOINT
                                         2          MOTION AND MOTION TO DISMISS
                                                    CASE NO. 3:17-CV-00409-L-MDD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to the following counsel: John Rice and Peter Simmons (Counsel for Defendant William Tirrell).  I also certify that I have obtained Mr. Rice's authorization to affix his electronic signature to this document.

/s/ Brian M. Jazaeri
Brian M. Jazaeri

DEFENDANTS' NOTICE OF JOINT
MOTION AND MOTION TO DISMISS
CASE NO. 3:17-CV-00409-L-MDD