| | |
|---|---|
| 1 | WILMER CUTLER PICKERING |
| 2 | HALE AND DORR<br>Matthew Martens, NJ:047541998, |
| 3 | NY:5275631, DC, NC<br>Timothy Perla (MA: 660447) |
| 4 | Harriet Hoder  (MA: 679416)<br>60 State Street |
| 5 | Boston, MA 02109 USA<br>TEL:   +1.617.526.6000 |
| 6 | (*Pro Hac Vice* Applications Pending) |
| 7 | MORGAN, LEWIS & BOCKIUS LLP<br>Brian M. Jazaeri, Bar No. 221144 |
| 8 | Lisa Veasman, Bar No. 259050<br>300 South Grand Avenue |
| 9 | Twenty-Second Floor<br>Los Angeles, CA  90071-3132 |
| 10 | Tel:   +1.213.612.2500 |
| 11 | *Attorneys for Defendants* Merrill Lynch<br>Pierce, Fenner & Smith, Inc. and Merrill |
| 12 | Lynch Professional Clearing Corp. |
| 13 | HIGGS FLETCHER & MACK LLP<br>John J. Rice, Bar No. 140865 |
| 14 | ricej@higgslaw.com<br>401 West A Street, Suite 2600 |
| 15 | San Diego, CA 92101<br>Tel:   +1.619.236.1551 |
| 16 | *Attorneys for Defendant*<br>William Tirrell |
| 17 | |
| 18 | UNITED STATES DISTRICT COURT |
| 19 | SOUTHERN DISTRICT OF CALIFORNIA |
| 20 | |

| | |
|---|---|
| JAMES JIAO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MERRILL LYNCH PIERCE, FENNER & SMITH, INC.; MERRILL LYNCH PROFESSIONAL CLEARING CORP.; WILLIAM TIRRELL, an Individual; and DOES, 1 through 100,<br><br>Defendants. | Case No. 3:17-cv-00409-L-MDD<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint Filed:  February 28, 2017<br><br>Judge:   Hon. M. James Lorenz<br>Ctrm:    5B |

# **CERTIFICATE OF SERVICE**

I hereby certify that I am an attorney at Morgan, Lewis & Bockius LLP. My business address is 300 S. Grand Ave., 22nd Floor, Los Angeles, CA, and I am over the age of eighteen years and not a party to the above-titled action. I certify that on April 28, 2017, I served the following documents:

1. DEFENDANTS' NOTICE OF JOINT MOTION AND MOTION TO DISMISS

2. DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS

I electronically filed the above referenced documents with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system. The documents were served by electronic means via the Court's CM/ECF system to those on the Court's Electronic Mail Notice List who are currently signed up to receive e-mail notices for this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: April 28, 2017                         /s/ Brian M. Jazaeri
                                             Brian M. Jazaeri