

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Jiao Individually and On Behalf of All Others Similarly Situated ; (see attachment)<br><br>**Plaintiff,**<br><br>V.<br><br>Merrill Lynch Pierce, Fenner & Smith, Inc.; (see attachment)<br><br>**Defendant.** | Civil Action No.   17CV0409-L(MDD)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants' motion to dismiss is granted. Plaintiffs' request for leave to amend is denied.

**Date:**    2/28/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ J. Petersen
                                    J. Petersen, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**   17CV0409-L(MDD)

James Jiao, Individually and On Behalf of All Others Similarly Situated; Samuel Nunez, Individually and On Behalf of All Others Similarly Situated

_____
Plaintiffs,


V.

Merrill Lynch Pierce, Fenner & Smith, Inc.; Merrill Lynch Professional Clearing Corp.; William Tirrell, an Individual; Does, 1 through 100

_____
Defendants